BRUCE W. BLAKELY [SBN 106832]
FLAXMAN & BLAKELY
Shelterpoint Business Center
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Telephone: (415) 381-6650
Facsimile: (415) 381-4301

Attorney for Plaintiff and Creditor
Philip DiGirolamo

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>ANGELO DiGIROLAMO,<br><br>  Debtor.<br><br>PHILIP DiGIROLAMO,<br><br>  Plaintiff,<br><br>vs.<br><br>ANGELO DiGIROLAMO,<br><br>  Defendant. | Case No.: 10-50178<br><br>Adversary Proceeding No.: 10-05022<br><br>Chapter 7<br><br>**AMENDED REQUEST FOR ENTRY OF CLERK'S DEFAULT** |

AMENDED REQUEST FOR ENTRY OF CLERK'S DEFAULT
Case: 10-05022   Doc# 10   Filed: 03/23/10   Entered: 03/23/10 16:53:49   Page 1 of 2

Case: 10-50178   Doc# 14-2   Filed: 03/31/10   Entered: 03/31/10 17:16:33   Page 1 of 5

Plaintiff Philip DiGirolamo hereby respectfully requests the entry of a Default herein by Clerk of the Court as follows:

1. On January 8, 2010, Angelo DiGirolamo (the "Defendant") filed a voluntary petition for liquidation under chapter 7 of the Bankruptcy Code, initiating the above case.

2. On February 4, 2010, Plaintiff Philip DiGirolamo filed the instant Adversary Proceeding.

3. On February 9, 2010, Plaintiff duly served the Defendant with the Complaint and Summons herein.

4. More than 30 days have elapsed since said service, and no Answer or responsive pleading has been filed with the Court or served on the Plaintiff.

5. The Defendant is not a minor or incompetent, as evidenced by the fact that she filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

6. There is no reason to believe that the Defendant is in the military.

7. Counsel for Defendant has advised counsel for Plaintiff that Defendant does not intend to file an answer or other responsive pleading in this Adversary Proceeding. A copy of defendant's counsel's written confirmation that Defendant does not intend to file an Answer or other responsive pleading in this action is attached to the Declaration of Bruce W. Blakely in Support of Request for Entry of Clerk's Default, filed herewith, as Exhibit C.

WHEREFORE, Plaintiff prays that the Clerk make and enter the Default of Defendant herein.

Respectfully submitted,

Dated: March 23, 2010

/S/
Bruce W. Blakely
Attorney for Plaintiff and Creditor
Philip DiGirolamo

**AMENDED REQUEST FOR ENTRY OF CLERK'S DEFAULT**

BRUCE W. BLAKELY [SBN 106832]
FLAXMAN & BLAKELY
Shelterpoint Business Center
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Telephone:  (415) 381-6650
Facsimile:  (415) 381-4301

Attorney for Plaintiff and Creditor
Philip DiGirolamo

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>ANGELO DiGIROLAMO,<br><br>Debtor.<br><br>PHILIP DiGIROLAMO,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELO DiGIROLAMO,<br><br>Defendant. | Case No.: 10-50178<br><br>Adversary Proceeding No.: 10-05022<br><br>Chapter 7<br><br>**ENTRY OF DEFAULT BY CLERK** |

**ENTRY OF DEFAULT BY CLERK**

It appearing from the records in the above-entitled action that the Adversary Complaint herein was timely filed, and that a Summons has been duly served upon the defendant named above, and it further appearing that the defendant has failed to plead or otherwise defend in said action as directed in said Summons, and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on the request of the Plaintiff, the DEFAULT of the following named defendant is hereby entered:

                Angelo DiGirolamo

DATED:                              FOR THE COURT

                                      Gloria L. Franklin
                                      Clerk of the Court
                                      United States Bankruptcy Court

                                      By: _____
                                      Deputy Clerk

**ENTRY OF DEFAULT BY CLERK**

Court's Service List

Bruce W. Blakely, Esq.
Flaxman & Blakely
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941

Katherine Johnson
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177

Matthew E. Williamson
Law Office of Matthew E. Williamson
490 Calle Principal
Monterey, CA 93940

**ENTRY OF DEFAULT BY CLERK**